SUNNY S. HUO (State Bar No. 181071)
shuo@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
AURORA LOAN SERVICES, LLC;
NATIONSTAR MORTGAGE, LLC; and
NATIONSTAR MORTGAGE
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNZER MIKE ISMAIL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC; NATIONSTAR MORTGAGE, LLC; NATIONSTAR MORTGAGE PROPERTIES, LLC; NATIONSTAR MORTGAGE HOLDINGS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV12-7496 CAS (RZx)<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS**<br><br>[Removal from Superior Court of California for the County of Los Angeles, Case No. BC 489132]<br><br>Complaint filed July 26, 2012 |

2576350.1

ORDER DISMISSING ACTION
Case No. CV12-7496 CAS (RZx)

**ORDER**

The Court, having considered the parties' stipulation for dismissal, and good cause appearing therefor, hereby orders as follows:

The entire complaint is hereby dismissed in its entirety and with prejudice with respect to the claims by plaintiff individually against defendants, and without prejudice as to the claims by the putative, uncertified class alleged by plaintiff.

**IT IS SO ORDERED.**

DATED: February 22, 2013

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
United States District Court Judge,
Central District Of California